# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW BROMLOW, BENNY STEWART, and JOHNNY WALTERS, individually and on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>D&M CARRIERS, LLC d/b/a FREYMILLER, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 20-CV-62-JED-FHM |

## ORDER

Before the Court is Defendant's, D&M Carriers, LLC d/b/a Freymiller, Unopposed Motion for Extension of Time to Answer or Otherwise Respond (Doc. 61). Upon review of the Motion and for good cause shown, the Court **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendant's deadline to answer or otherwise respond to the Complaint is extended by 21 days, through and including March 17, 2020.

SO ORDERED this 26th day of February, 2020.

JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT