**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MATTHEW BROMLOW, BENNY STEWART, and JOHNNY WALTERS,** individually and on behalf of others similarly situated, and on behalf of the general public, | |
| **Plaintiffs,** | **Case No. 4:20-cv-00062-JED-FHM** |
| **v.** | **Honorable John E. Dowdell** |
| **D&M CARRIERS, LLC d/b/a FREYMILLER, and DOES 1-10, inclusive,** | |
| **Defendants.** | |

<u>**AMENDED CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 26th day of February, 2020, a copy of the Entry of Appearance for Paul A. Ross [Doc. #58], Entry of Appearance of Paige H. Good [Doc. #59], Defendant's Unopposed Motion to Transfer Case to the United States District Court for The Western District of Oklahoma [Doc. #60], and Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond [Doc. # 61] were served by U.S. mail to all parties.

Respectfully submitted,

*/s/ Paul A. Ross*
Paul A. Ross, OBA No. 19699
Paige H. Good, OBA No. 31595
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK  73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
paul.ross@mcafeetaft.com
paige.good@mcafeetaft.com
R. Jay Taylor, Jr. (*pro hac vice admission forthcoming*)
James H. Hanson (*pro hac vice admission forthcoming*)
jtaylor@scopelitis.com

jtaylor@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777; F: 317-687-2414

Christopher C. McNatt, Jr. (*pro hac vice admission forthcoming*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C
2 North Lake, Suite 560
Pasadena, CA 91101
P: 626-795-4700; F: 626-795-4790

**ATTORNEYS FOR DEFENDANT
D&M CARRIERS, LLC DBA FREYMILLER**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above-referenced pleadings were served by U.S. Mail, postage prepaid, this 26th day of February, 2020, to:

Matthew C. Helland, SBN 250451
Daniel S. Brome, SBN 278915
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238
dbrom@nka.com

Nicholas Conlon, NJ Bar ID 34052013
Lotus Cannon, NY Bar ID 964031
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
nicholasconlon@jtblawgroup.com
lotus.cannon@jtblawgroup.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Paul A. Ross*
Paul A. Ross